**G. Kevin ELLIOTT,**
**Petitioner/Respondent,**

v.

**DIRECTOR OF REVENUE,**
**Respondent/Appellant.**

**No. ED 82673.**

Missouri Court of Appeals,
Eastern District,
Division Two.

Feb. 24, 2004.

Motion for Rehearing and/or Transfer to Supreme Court Denied April 1, 2004.

Jeremiah W. (Jay) Nixon, Atty. Gen., James A. Chenault, III, Special Assistant Attorney General, Jefferson City, MO, for Appellant.

Law Offices of Robert S. Adler, P.C., Robert S. Adler, St. Louis, MO, for Respondent.

Before GLENN A. NORTON, P.J. and KATHIANNE KNAUP CRANE, J. and MARY K. HOFF, J.

### ORDER

PER CURIAM.

The Director of Revenue appeals from the trial court's judgment reinstating petitioner G. Kevin Elliott's driving privileges, which had been revoked for one year pursuant to Section 302.505.1 RSMo 2000. Applying the principles set out in *Verdoorn v. Director of Revenue*, 119 S.W.3d 543 (Mo. banc 2003), we find the judgment is supported by substantial evidence, is not against the weight of the evidence, and does not erroneously declare or apply the law. *Murphy v. Carron*, 536 S.W.2d 30 (Mo. banc 1976).

An opinion reciting the detailed facts and restating the principles of law would have no precedential value.

We affirm pursuant to Rule 84.16(b).